864 A.2d 1198

**M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania,**

v.

**RELIANCE INSURANCE COMPANY** Vitas Healthcare Corporation, Vitas Holdings Corporation, Vitas Healthcare of Texas, L.P., Magellan Reinsurance Company Ltd., RBH Reinsurance Ltd., Citicorp Insurance USA, Inc., Citicorp, CSX Insurance Company, Celanese Americas Corporation, Celwood Insurance Company, Elwood Insurance Limited, Ellen Diamond, Guaranty Associations, Earth Tech, Inc., New Mexico Mutual Casualty Company, Southwest Casualty Company, and Clients Assurance Pool, Ltd., Intervenors.

Appeal of: Steamship Mutual Underwriting Association (Bermuda), Ltd.

Supreme Court of Pennsylvania.

Dec. 21, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2004, the above captioned appeal is quashed. The Application for Leave to File Brief in Reply to Liquidator's Opposition to Jurisdictional Statement is dismissed as moot.